1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
10
11   NGOC LAM CHE, an individual          )   Case No.:  5:18-cv-07608-SVK
                                          )
12          Plaintiff,                    )   ~~[PROPOSED]~~ **ORDER RE STIPULATION**
                                          )   **OF VOLUNTARY DISMISSAL WITH**
13      vs.                               )   **PREJUDICE**
                                          )   AS MODIFIED BY THE COURT
14   ASIAN SQUARE, INC, a California       )
     corporation;                         )   [Hon. Susan van Kuelen presiding]
15                                         )
            Defendants.                    )
16                                         )
                                          )
17                                         )
                                          )
18                                         )
                                          )
19                                         )
                                          )
20                                         )
                                          )
21                                         )
                                          )
22                                         )
                                          )
23                                         )
                                          )
24   ─────────────────────────────────    )
25
26
27
28

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties. only to enforce remediation provisions under the parties' settlement agreement, if any, and only through the date of completion of any such remediation.

IT IS SO ORDERED

Dated ___Feb. 18, 2020___

_____
Judge, United States District Court,
Northern District of California